120 

 opinion filed May 25, 1948; released for publication July 20, 1948. Grover E. Holmes and Clyde L. Flynn, Jr., for appellants; Bartley & Karber and Clyde A. Whiteside, for appellees. Opinion by JUSTICE SCHEINEMAN. Not to be published in full.

## Audrey Wilson Grissom, Appellee, v. Monte L. Goad, Appellant.

Gen. No. 9,580. 

 opinion filed May 27, 1948; rehearing denied July 14, 1948; released for publication July 14, 1948. J. L. Sullivan and Mann & Stifler, for appellant; H. Ogden Brainard and Cotton, Massey & Nimz, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full.

## Esther G. Perry, Appellant, v. Glen R. Pitman and Charles Kemp, Appellees.

Gen No. 9,591. 

opinion filed May 27, 1948; rehearing denied July 14, 1948; released for publication July 14, 1948. Costigan, Wollrab & Yoder, for appellant; Stone, Stone & Hess, for appellees. Opinion by Presiding Justice Wheat. Not to be published in full.

Freyn Engineering Company, Appellant, v. Thomas Hoist Company, Appellee.

Gen. No. 44,245.

opinion filed June 23, 1948; released for publication July 12, 1948. Scago, Pipin, Bradley & Vetter, for appellant; Charles O. Butler, of counsel; Concannon, Dillon, Snook & Arthur, for appellee; William H. Dillon and Herbert Morton, of counsel. Opinion by Justice Lewe. Not to be published in full.